Stephen D. Finestone (125675)
Jennifer C. Hayes (197252)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.: (415) 421-2624
Fax: (415) 398-2820
Email: sfinestone@fhlawllp.com

Attorneys for Defendant,
Howard Wong

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HOWARD WONG,<br><br>        Debtor. | Case No. 20-30134 HLB<br><br>Chapter 7<br><br>Adv. Proc. No. 20-03018 |
| JUDY McKIE AND GRACE IMAGE PHOTOGRAPHY,<br><br>        Plaintiffs,<br><br>   v.<br><br>HOWARD WONG,<br><br>        Defendant. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiffs and Defendant, by and through their respective counsel of record, hereby stipulate that Defendant shall have until June 25, 2020 to respond to the complaint on file in this matter and request that the Court enter an order approving this stipulation.

STIPULATION TO RESPOND     1

| | | |
|---|---|---|
| DATED: June 16, 2020 | | FINESTONE HAYES LLP |

 /s/ Stephen D. Finestone
Stephen D. Finestone
Attorneys for Howard Wong

DATED: June 16, 2020				BUCHALTER
						A Professional Corporation

 /s/ Valerie Bantner Peo
Valerie Bantner Peo
Attorneys for Judy McKie and Grace Image Photography