Entered on Docket
June 17, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  Stephen D. Finestone (125675)
   Jennifer C. Hayes (197252)
2  FINESTONE HAYES LLP
   456 Montgomery Street, Floor 20
3  San Francisco, CA 94104
   Tel.: (415) 421-2624
4  Fax: (415) 398-2820
   Email: sfinestone@fhlawllp.com
5
   Attorneys for Defendant,
6  Howard Wong

Signed and Filed: June 17, 2020

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>HOWARD WONG,<br><br>                Debtor. | Case No. 20-30134 HLB<br><br>Chapter 7<br><br>Adv. Proc. No. 20-03018<br><br>**ORDER APPROVING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| JUDY McKIE AND GRACE IMAGE PHOTOGRAPHY,<br><br>                Plaintiffs,<br><br>   v.<br><br>HOWARD WONG,<br><br>                Defendant. | |

       Plaintiffs and Defendant having stipulated to an extension for Defendant to respond to the complaint and good cause appearing:

ORDER APPROVING STIPULATION                               1

**IT IS ORDERED** that the time for Defendant to respond to the complaint in this matter is extended through June 25, 2020.

** END OF ORDER **

Approved as to form:

BUCHALTER
A PROFESSIONAL CORPORATION

/s/ Valerie Bantner Peo
Valerie Bantner Peo
Attorneys for Judy McKie and Grace Image Photography

**Court Service List:**

ECF Participants Only